**IN THE SUPREME COURT OF PENNSYLVANIA**
**MIDDLE DISTRICT**

IN RE: CONDEMNATION BY SUNOCO : No. 501 MAL 2017
PIPELINE L.P. OF PERMANENT AND :
TEMPORARY RIGHTS OF WAY FOR :
THE TRANSPORTATION OF ETHANE, : Petition for Allowance of Appeal from
PROPANE, LIQUID PETROLEUM GAS, : the Order of the Commonwealth Court
AND OTHER PETROLEUM PRODUCTS :
IN THE TOWNSHIP OF UPPER ALLEN, :
CUMBERLAND COUNTY, :
PENNSYLVANIA OVER THE LANDS OF :
PATRICIA A. PERKINS AND THOMAS V. :
PERKINS :
:
:
PETITION OF: PATRICIA AND THOMAS :
PERKINS :

## ORDER

**PER CURIAM**

     **AND NOW**, this 22nd day of January, 2018, the Petition for Allowance of Appeal

is **DENIED**.